

**COPY**

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MORROW, MARGARET M | 2. Court or Organization<br><br>United States District Court, CACD | 3. Date of Report<br><br>07/18/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States District Court<br>255 E. Temple Street, Ste. 770<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |
| 3. Trustee | Mayfield Senior School - Board of Trustees |
| 4. Trustee | Trust - (see Part VII; Page 30, Line 446) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 1008 JUL 21 A 11:21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | NBC Studios, Inc., filming at residence | $ 14,500.00 |
| 2. 2007 | Defined Benefit Pension Payment from State of California | $ 203,966.28 |
| 3. 2007 | Defined Benefit Pension Payment from State of California | $ 44,740.84 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | California Courts of Appeal, Second Appellate District - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bryn Mawr College | February 8-10 | Bryn Mawr, PA | Board of Trustee Meeting | Air Transportation, Meals |
| 2. | Bryn Mawr College | April 26-28 | Bryn Mawr, PA | Board of Trustee Meeting | Lodging, Air Transportation, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Van Kampen American Capital, Pace Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | B | Int./Div. | J | T | | | | | |
| 3. Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | E | Int./Div. | P1 | T | | | | | |
| 5. - Cash equivalent - Smith Barney | | | | | | | | | |
| 6. - International Paper Company - common stock | | | | | Partial sale | 8/15 | J | | |
| 7. - | | | | | Final sale | 8/17 | J | | |
| 8. - Union Pacific Corp. - common stock | | | | | Partial sale | 1/10 | J | A | |
| 9. - | | | | | Final sale | 1/11 | J | A | |
| 10. - Wyeth - common stock | | | | | | | | | |
| 11. - American International Group, Inc. - common stock | | | | | Partial buy | 5/23 | J | | |
| 12. - | | | | | Partial sale | 9/25 | J | | |
| 13. - Amgen Inc. - common stock | | | | | Partial sale | 3/20 | J | | |
| 14. - | | | | | Partial buy | 11/8 | J | | |
| 15. - Sanofi-Aventis ADR - common stock | | | | | Partial sale | 6/11 | J | A | |
| 16. - | | | | | Partial sale | 7/20 | J | | |
| 17. - Bank of New York Inc. - common stock | | | | | Partial buy | 3/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - | | | | | Partial buy | 3/16 | J | | |
| 19.  - | | | | | Merger | 7/2 | J | | See note in Part VIII |
| 20.     - The Bank of New York Mellon Corporation -common stock | | | | | Partial buy | 8/22 | J | | |
| 21.  - Bemis Company Inc. - common stock | | | | | Partial sale | 4/13 | J | A | |
| 22.  - BP PLC ADR - common stock | | | | | Partial sale | 4/13 | J | A | |
| 23.  - Cadbury Schweppes PLC ADR - common stock | | | | | Partial sale | 7/9 | J | A | |
| 24.  - Canon Inc. ADR - common stock | | | | | | | | | |
| 25.  - Catalina Marketing Corporation - common stock | | | | | Final sale | 3/9 | J | | |
| 26.  - Cisco Systems Inc. - common stock | | | | | Partial buy | 9/14 | J | | |
| 27.  - | | | | | Partial sale | 11/8 | J | A | |
| 28.  - Deere & Company - common stock | | | | | Partial sale | 1/10 | J | A | |
| 29.  - Diageo PLC ADR - common stock | | | | | Partial sale | 7/12 | ·J | A | |
| 30.  - | | | | | Partial sale | 9/11 | J | A | |
| 31.  - Eaton Vance Corp. Non VTG - common stock | | | | | Partial sale | 1/17 | J | B | |
| 32.  - ENI S.P.A. ADR - common stock | | | | | | | | | |
| 33.  - Exxon Mobil Corporation - common stock | | | | | Partial sale | 4/13 | J | A | |
| 34.  - | | | | | Partial sale | 5/25 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - | | | | | Partial sale | 7/6 | J | A | |
| 36. - | | | | | Partial sale | 7/12 | J | A | |
| 37. - | | | | | Partial sale | 7/27 | J | A | |
| 38. - Fair Isaac & Co. Inc. - common stock | | | | | Partial sale | 4/13 | J | A | |
| 39. - | | | | | Final sale | 5/4 | K | B | |
| 40. - Bank of America - common stock | | | | | Partial sale | 1/24 | J | A | |
| 41. - | | | | | Final sale | 5/9 | J | A | |
| 42. - General Electric Company - common stock | | | | | Partial buy | 2/6 | J | | |
| 43. - | | | | | Partial sale | 7/9 | J | A | |
| 44. - Heineken NV ADR - common stock | | | | | | | | | |
| 45. - HSBC Holdings PLC ADR - common stock | | | | | Partial sale | 7/25 | J | A | |
| 46. - | | | | | Partial sale | 11/13 | J | A | |
| 47. - Jack Henry & Associates Inc. - common stock | | | | | | | | | |
| 48. - JP Morgan Chase & Company - common stock | | | | | Partial buy | 1/22 | J | | |
| 49. - | | | | | Partial buy | 10/19 | J | | |
| 50. - | | | | | Partial buy | 12/31 | J | | |
| 51. - Microsoft Corporation - common stock | | | | | Partial sale | 2/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - | | | | | Partial buy | 7/19 | J | | |
| 53. - | | | | | Partial buy | 7/24 | J | | |
| 54. - | | | | | Partial sale | 8/17 | J | | |
| 55. - Nestle - SA ADR common stock | | | | | | | | | |
| 56. - Novartis AG ADR - common stock | | | | | Partial sale | 8/28 | J | A | |
| 57. - | | | | | Partial sale | 8/29 | J | | |
| 58. - | | | | | Partial sale | 9/5 | J | A | |
| 59. - Pepsico Inc. - common stock | | | | | Partial sale | 4/4 | J | A | |
| 60. - | | | | | Partial sale | 5/14 | J | A | |
| 61. - | | | | | Final sale | 5/15 | J | A | |
| 62. - Qualcomm Inc. - common stock | | | | | Partial buy | 7/26 | J | | |
| 63. - | | | | | Partial sale | 12/4 | J | A | |
| 64. - Royal Dutch Shell PLC ADR -common stock | | | | | Partial buy | 7/6 | J | | |
| 65. - AT&T Inc. - common stock | | | | | Partial sale | 7/24 | J | A | |
| 66. - Schlumberger Ltd. - common stock | | | | | Partial sale | 6/22 | J | A | |
| 67. - Teleflex Inc. - common stock | | | | | | | | | |
| 68. - Total S.A. ADR - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Unilever PLC ADR - common stock | | | | | Partial buy | 7/10 | J | | |
| 70. - Valspar Corporation - common stock | | | | | | | | | |
| 71. - Verizon Communications - common stock | | | | | Partial sale | 6/14 | J | A | |
| 72. - Idearc Inc. - common stock | | | | | Final sale | 3/21 | J | A | |
| 73. - Wal-Mart Stores Inc. - common stock | | | | | Partial sale | 8/24 | J | | |
| 74. - | | | | | Partial sale | 10/2 | J | A | |
| 75. - | | | | | Partial sale | 11/14 | J | A | |
| 76. - Waste Management Inc. - common stock | | | | | | | | | |
| 77. - AXA S.A. ADR - common stock | | | | | Partial sale | 4/13 | J | A | |
| 78. - Barclays PLC ADR - common stock | | | | | Partial sale | 7/26 | J | A | |
| 79. - | | | | | Final sale | 11/1 | J | B | |
| 80. - Citigroup Inc. - common stock | | | | | Partial sale | 10/26 | J | | |
| 81. - Donaldson Co. Inc. - common stock | | | | | Partial buy | 6/27 | J | | |
| 82. - Glaxosmithkline PLC ADR - common stock | | | | | Partial sale | 2/22 | J | A | |
| 83. - San Paolo IMI S.p.A. ADR - common stock | | | | | Merger | 1/8 | J | | See note in Part VIII |
| 84. - Intesa Sanpaolo S.p.A. ADR - common stock | | | | | | | | | |
| 85. - Merck & Co. - common stock | | | | | Partial sale | 2/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - | | | | | Partial sale | 2/9 | J | | |
| 87. - | | | | | Partial buy | 5/16 | J | | |
| 88. - | | | | | Final sale | 12/4 | J | A | |
| 89. - Nokia Corp. ADR - common stock | | | | | | | | | |
| 90. - Reinsurance Group of America - common stock | | | | | Partial sale | 4/13 | J | A | |
| 91. - Schering Plough Corp. - common stock | | | | | Final sale | 3/19 | J | | |
| 92. - Siemens AG ADR - common stock | | | | | | | | | |
| 93. - Societe Generale ADR - common stock | | | | | Final sale | 8/30 | J | B | |
| 94. - UBS AG - common stock | | | | | | | | | |
| 95. - Allied Irish Banks PLC - ADR - common stock | | | | | Final sale | 4/2 | J | B | |
| 96. - Brown & Brown Inc. - common stock | | | | | Partial buy | 1/22 | J | | |
| 97. - Comcast Corp. - common stock | | | | | Partial sale | 5/16 | J | B | |
| 98. - | | | | | Partial sale | 5/17 | J | A | |
| 99. - | | | | | Partial sale | 8/21 | J | | |
| 100. - | | | | | Partial sale | 9/21 | J | | |
| 101. - | | | | | Partial sale | 9/24 | J | | |
| 102. - Copart Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Eaton Corp. - common stock | | | | | | | | | |
| 104. - Procter & Gamble - common stock | | | | | Partial sale | 4/13 | J | A | |
| 105. - | | | | | Partial sale | 6/4 | J | | |
| 106. - | | | | | Partial sale | 7/12 | J | B | |
| 107. - | | | | | Partial sale | 11/2 | J | A | |
| 108. - | | | | | Partial sale | 11/6 | J | A | |
| 109. - Monsanto Co. - common stock | | | | | | | | | |
| 110. - Newmont Mining Corp. - common stock | | | | | Partial sale | 5/23 | J | A | |
| 111. - | | | | | Final sale | 5/25 | J | A | |
| 112. - Parker-Hannifin Corporation - common stock | | | | | Partial sale | 1/16 | J | B | |
| 113. - | | | | | Final sale | 1/17 | J | B | |
| 114. - Praxair, Inc. - common stock | | | | | | | | | |
| 115. - Regis Corp. Minnesota - common stock | | | | | | | | | |
| 116. - Rent-A-Center Inc. - common stock | | | | | Final sale | 11/9 | J | | |
| 117. - Tesco PLC ADR - common stock | | | | | Partial sale | 4/13 | J | A | |
| 118. - | | | | | Partial sale | 6/20 | J | A | |
| 119. - Zebra Technologies Inc. - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Credit Suisse Group ADR - common stock | | | | | Partial sale | 3/10 | J | A | |
| 121. - Emerson Electric Co. - common stock | | | | | | | | | |
| 122. - Kraft Foods Inc. - common stock | | | | | | | | | |
| 123. - Microchip Technology Inc. - common stock | | | | | Partial buy | 7/20 | J | | |
| 124. - | | | | | Partial buy | 7/24 | J | | |
| 125. - | | | | | Partial sale | 10/9 | J | | |
| 126. - Progress Energy Inc. - common stock | | | | | | | | | |
| 127. - Stancorp Financial Group - common stock | | | | | Partial sale | 4/13 | J | A | |
| 128. - | | | | | Final sale | 7/17 | J | B | |
| 129. - Swiss Reinsurance ADR - common stock | | | | | Final sale | 1/25 | J | A | |
| 130. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 131. - Yahoo Inc. - common stock | | | | | Final sale | 2/6 | J | A | |
| 132. - Baxter International Inc. - common stock | | | | | Partial sale | 8/22 | J | A | |
| 133. - | | | | | Partial sale | 8/23 | J | B | |
| 134. - | | | | | Final sale | 8/27 | J | A | |
| 135. - Clorox Co. - common stock | | | | | Partial sale | 3/26 | J | A | |
| 136. - | | | | | Partial sale | 4/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - | | | | | Final sale | 5/16 | J | A | |
| 138. - CVS Corp. - common stock | | | | | Merger | 3/22 | J | | See note in Part VIII |
| 139. - CVS Caremark Corp. - common stock | | | | | Partial sale | 4/13 | J | A | |
| 140. - | | | | | Partial sale | 6/4 | J | A | |
| 141. - Kimberly Clark Corp. - common stock | | | | | Partial sale | 7/19 | J | A | |
| 142. - | | | | | Final sale | 7/23 | J | A | |
| 143. - Kroger Co. - common stock | | | | | Partial buy | 1/31 | J | | |
| 144. - | | | | | Partial sale | 4/13 | J | A | |
| 145. - Mettler Toledo International Inc. - common stock | | | | | Partial sale | 1/18 | J | B | |
| 146. - Normura Holdings Inc. ADR - common stock | | | | | | | | | |
| 147. - Pfizer Inc. - common stock | | | | | Final sale | 1/4 | J | A | |
| 148. - Adobe Systems Inc. - common stock | | | | | Partial sale | 10/25 | J | A | |
| 149. - Automatic Data Processing Inc. - common stock | | | | | Partial sale | 7/12 | J | A | |
| 150. - | | | | | Final sale | 8/15 | J | A | |
| 151. - Broadridge Financial Solutions Inc. - common stock | | | | | Spin-off | 4/5 | J | | See note in Part VIII |
| 152. - | | | | | Final sale | 4/10 | J | A | |
| 153. - Barrick Gold Corp. CAD - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - BellSouth Corp. - common stock | | | | | Merger | Jan. | J | | See note in Part VIII |
| 155. - Campbell Soup Company - common stock | | | | | Partial sale | 5/9 | J | A | |
| 156. - | | | | | Partial sale | 5/23 | J | A | |
| 157. - El Paso Corp. - common stock | | | | | | | | | |
| 158. - General Dynamics Corp. - common stock | | | | | Partial sale | 6/11 | J | A | |
| 159. - | | | | | Partial sale | 6/13 | J | A | |
| 160. - Google Inc. - common stock | | | | | | | | | |
| 161. - Hewlett Packard Co. - common stock | | | | | Partial buy | 5/15 | J | | |
| 162. - | | | | | Partial buy | 8/28 | J | | |
| 163. - | | | | | Partial sale | 11/16 | J | A | |
| 164. - Hoya Corp. ADR - common stock | | | | | | | | | |
| 165. - Imperial Tobacco Group PLC ADR - common stock | | | | | Partial sale | 5/21 | J | A | |
| 166. - Johnson & Johnson - common stock | | | | | Partial sale | 3/21 | J | | |
| 167. - | | | | | Partial sale | 5/11 | J | A | |
| 168. - | | | | | Final sale | 8/2 | J | | |
| 169. - Medimmune Inc. - common stock | | | | | Final sale | 3/14 | J | A | |
| 170. - Mitsubishi UFJ Financial Group Inc. - common stock | | | | | Final sale | 10/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,050 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Raytheon Company - common stock | | . | | | Partial sale | 7/16 | J | A | |
| 172.  - | | | | | Final sale | 7/17 | J | A | |
| 173.  - Southern Co. - common stock | | | | | Partial sale | 5/31 | J | A | |
| 174.  - | | | | | Partial buy | 7/31 | J | | |
| 175.  - Sprint Nextel Corp. - common stock | | | | | Final sale | 2/9 | J | | |
| 176.  - SRA International Inc. - common stock | | | | | Final sale | 10/8 | J | | |
| 177.  - Stericycle Inc. - common stock | | | | | | | | | |
| 178.  - TNT N.V. ADR - common stock | | | | | | | | | |
| 179.  - UCBH Holdings Inc. - common stock | | | | | | | | | See note in Part VIII |
| 180.  - Universal Compression Holdings, Inc. - common stock | | | | | Partial sale | 4/13 | J | A | |
| 181.  - | | | | ' | Merger | 8/20 | J | | See note in Part VIII |
| 182.   - Exterran Holdings, Inc. - common stock | | | | | | | | | |
| 183.   - XL Capital Ltd. - common stock | | | | | Final sale | 3/19 | J | A | |
| 184.   - Zurich Finanial Services ADR - common stock | | | | | Partial buy | 9/13 | J | | |
| 185.  - | | | | | Partial buy | 12/11 | J | | |
| 186.  - Abbott Laboratories - common stock | | | | | Partial sale | 1/31 | J | A | |
| 187.  - | | | | | Partial buy | 3/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - | | | | | Partial buy | 3/7 | J | | |
| 189. - | | | | | Partial buy | 4/26 | J | | |
| 190. - | | | | | Partial buy | 6/4 | J | | |
| 191. - | | | | | Partial sale | 10/17 | J | A | |
| 192. - Adidas AG ADR - common stock | | | | | | | | | |
| 193. - Allstate Corp. - common stock | | | | | Partial sale | 1/19 | J | A | |
| 194. - | | | | | Final sale | 1/22 | J | A | |
| 195. - Ameren Corporation - common stock | | | | | Final sale | 4/30 | J | | |
| 196. - AMR Corp.- common stock | | | | | Partial buy | 1/11 | J | | |
| 197. - | | | | | Partial buy | 1/22 | J | | |
| 198. - | | | | | Final sale | 4/24 | J | | |
| 199. - American Express Company - common stock | | | | | Final sale | 12/12 | J | | |
| 200. - American Tower Corp. - common stock | | | | | | | | | |
| 201. - Apple, Inc. - common stock | | | | | | | | | See note in Part VIII |
| 202. - BAE Systems PLC ADR - common stock | | | | | Partial buy | 5/14 | J | | |
| 203. - | | | | | Final sale | 7/3 | J | | |
| 204. - Becton Dickinson & Co. - common stock | | | | | Final sale | 1/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Boston Scientific Corp. - common stock | | | | | Partial sale | 8/7 | J | | |
| 206. - | | | | | Final sale | 8/28 | J | | |
| 207. - Bristol Myers Squibb Co. - common stock | | | | | | | | | |
| 208. - Cardinal Health Inc. - common stock | | | | | Partial sale | 6/15 | J | A | |
| 209. - | | | | | Final sale | 6/19 | J | A | |
| 210. - Chesapeake Energy Corp. - common stock | | | | | | | | | |
| 211. - Church & Dwight Co. Inc. - common stock | | | | | | | | | |
| 212. - Coca-Cola Co. - common stock | | | | | Partial buy | 6/5 | J | | |
| 213. - Coca-Cola Enterprises - common stock | | | | | | | | | |
| 214. - Cooper Inc. Ltd. - common stock | | | | | Final sale | 11/29 | J | A | |
| 215. - CRH PLC ADR - common stock | | | | | | | | | |
| 216. - Cognizant Technologies Solutions Corp. - common stock | | | | | | | | | |
| 217. - DaimlerChrysler AG-EUR - common stock | | | | - | Partial buy | 1/23 | J | | |
| 218. - | | | | | Partial sale | 4/13 | J | A | |
| 219. - Devon Energy Corp. - common stock | | | | | | | | | |
| 220. - Eaton Vance Tax Mgd Div. Eqty. Inc. Fund - Closed-end Fund | | | | | | | | | |
| 221. - Ericsson LM Tel Co. - ADR - common stock | | | | | Partial sale | 6/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.   - | | | | | Partial buy | 7/10 | J | | |
| 223.   - Federal Home Loan Mtg. Corp. - common stock | | | | | Partial sale | 4/20 | J | | |
| 224.   - | | | | | Final sale | 4/25 | J | | |
| 225.   - Federal National Mtg. Assn. - common stock | | | | | Partial sale | 7/2 | J | A | |
| 226.   - | | | | | Partial buy | 11/19 | J | | |
| 227.   - | | | | | Partial buy | 12/17 | J | | |
| 228.   - Gallaher Group PLC ADR - common stock | | | | | Final sale | 1/23 | J | A | |
| 229.   - Gilead Sciences Inc. - common stock | | | | | | | | | |
| 230.   - Goldcorp Inc. - common stock | | | | | Final sale | 8/20 | J | | |
| 231.   - Harman International Industries Inc. - common stock | | | | | Partial sale | 1/29 | J | | |
| 232.   - | | | | | Final sale | 1/31 | J | | |
| 233.   - Hertz Global Holdings Inc. - common stock | | | | | Final sale | 5/17 | J | A | |
| 234.   - Lehman Brothers Holdings Inc. - common stock | | | | | Final sale | 8/1 | J | | |
| 235.   - Lloyds TSB Group PLC ADR - common stock | | | | | | | | | |
| 236.   - Marriott International Inc. - common stock | | | | | Final sale | 10/16 | J | | |
| 237.   - Marvell Technology Group Ltd. - common stock | | | | | Final sale | 2/14 | J | | |
| 238.   - Medco Health Solutions Inc. - common stock | | | | | Final sale | 5/8 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - MEMC Electronic Materials Inc. - common stock | | | | | Partial buy | 6/14 | J | | |
| 240. - | | | | | Partial sale | 7/17 | J | A | |
| 241. - | | | | | Final sale | 8/10 | J | | |
| 242. - Mine Safety Appliances Co. - common stock | | | | | | | | | |
| 243. - Mitsui Sumitomo Insurance Company - common stock | | | | | Partial sale | 6/15 | J | | |
| 244. - | | | | | Final sale | 7/24 | J | | |
| 245. - News Corporation - common stock | | | | | | | | | |
| 246. - NII Holdings Inc. - common stock | | | | | Partial sale | 5/22 | J | A | |
| 247. - Nissan Motor Ltd. ADR - common stock | | | | | Partial sale | 2/23 | J | | |
| 248. - P G & E Corporation - common stock | | | | | | | | | |
| 249. - PPL Corporation - common stock | | | | | | | | | |
| 250. - Pacer International Inc. - common stock | | | | | Partial buy | 3/14 | J | | |
| 251. - | | | | | Partial sale | 4/13 | J | | |
| 252. - | | | | | Final sale | 9/21 | J | | |
| 253. - Pediatrix Medical Group Inc. - common stock | | | | | | | | | |
| 254. - Philadelphia Consolidated Hldg. Corp. - common stock | | | | | | | | | |
| 255. - Singapore Telecommunication ADR - common stock | | | | | Partial buy | 8/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Suez SA ADR - common stock | | | | | Partial buy | 9/19 | J | | |
| 257. - Sun Microsystems Inc. - common stock | | | | | Partial buy | 6/28 | J | | |
| 258. - | | | | | Partial buy | 6/29 | J | | |
| 259. - Sumitomo Mitsui Financial Group Inc. ADR - common stock | | | | | | | | | |
| 260. - Teva Pharmaceutical Industries Ltd. ADR - common stock | | | | | Partial buy | 3/30 | J | | |
| 261. - Texas Instruments Inc. - common stock | | | | | Partial buy | 6/4 | J | | |
| 262. - | | | | | Partial buy | 6/18 | J | | |
| 263. - | | | | | Partial sale | 9/18 | J | | |
| 264. - Textron Inc. - common stock | | | | | | | | | |
| 265. - Transocean Inc. - common stock | | | | | | | | | |
| 266. - Wellpoint Inc. - common stock | | | | | | | | | |
| 267. - Williams Companies Inc. - common stock | | | | | | | | | |
| 268. - World Fuel Services Corporation - common stock | | | | | Partial buy | 3/7 | J | | |
| 269. - | | | | | Partial sale | 4/13 | J | | |
| 270. - ABB Ltd. ADR - common stock | | | | | New buy | 12/21 | J | | |
| 271. - Air Products & Chemicals Inc. - common stock | | | | | New buy | 8/22 | J | | |
| 272. - | | | | | Final sale | 10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Allergan Inc. - common stock | | | | | New buy | 3/21 | J | | |
| 274.  - | | | | | Final sale | 8/17 | J | A | |
| 275.  - Allianz SE ADR - common stock | | | | | New buy | 1/25 | J | | |
| 276.  - | | | | | Partial buy | 6/1 | J | | |
| 277.  - | | | | | Partial sale | 11/8 | J | A | |
| 278.  - Altera Corp. - common sstock | | | | | New buy | 7/31 | J | | |
| 279.  - Amazon Com Inc. - common stcok | | | | | New buy | 12/4 | J | | |
| 280.  - America Movil S.A.B DE CV - ADR - common stock | | | | | New buy | 5/16 | J | | |
| 281.  - Anheuser-Busch Companies, Inc. - common stock | | | | | New buy | 5/7 | J | | |
| 282.  - | | | | | Partial buy | 5/8 | J | | |
| 283.  - | | | | | Partial sale | 10/2 | J | | |
| 284.  - | | | | | Final sale | 11/8 | J | | |
| 285.  - AON Corp. - common stock | | | | | New buy | 6/27 | J | | |
| 286.  - | | | | | Partial buy | 6/29 | J | | |
| 287.  - Archer-Daniels-Midland Co. - common stock | | | | | New buy | 11/23 | J | | |
| 288.  - Autodesk Inc. - common stock | | | | | New buy | 5/1 | J | | |
| 289.  - | | | | | Final sale | 7/9 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Banco Santander S.A. - common stock | | | | | New buy | 10/19 | J | | |
| 291. - BB&T Corp. - common stock | | | | | New buy | 10/10 | J | | |
| 292. - | | | | | Partial buy | 10/11 | J | | |
| 293. - Boeing Company - common stock | | | | | New buy | 2/21 | J | | |
| 294. - British American Tobacco PLC - ADR - common stock | | | | | New buy | 1/29 | J | | |
| 295. - C. R. Bard, Inc. - common stock | | | | | New buy | 9/10 | J | | |
| 296. - | | | | | Final sale | 10/24 | J | B | |
| 297. - Caterpillar Inc. - common stock | | | | | New buy | 7/26 | J | | |
| 298. - Ceradyne Inc. - common stock | | | | | New buy | 10/23 | J | | |
| 299. - Charles Schwab Corp. - common stock | | | | | New buy | 10/1 | J | | |
| 300. - | | | | | Partial buy | 10/2 | J | | |
| 301. - Chevron Corp. - common stock | | | | | New buy | 6/26 | J | | |
| 302. - | | | | | Partial buy | 7/16 | J | | |
| 303. - Companhia Siderurgica - ADR - common stock | | | | | New buy | 12/19 | J | | |
| 304. - Corning, Inc. - common stock | | | | | New buy | 7/20 | J | | |
| 305. - | | | | | Partial buy | 7/24 | J | | |
| 306. - Costco Wholesale Corp. - common stock | | | | | New buy | 2/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - DBS Group Hldg. Ltd. - ADR - common stock | | | | | New buy | 10/16 | J | | |
| 308. - Delta Airlines, Inc. common stock | | | | | New buy | 7/30 | J | | |
| 309. - Digital River Inc. - common stock | | | | | New buy | 10/9 | J | | |
| 310. - E. ON AG ADR - common stock | | | | | New buy | 11/15 | J | | |
| 311. - | | | | | Partial buy | 12/19 | J | | |
| 312. - Eaton Vance Floating Rate Income Tr - Fund | | | | | New buy | 6/20 | K | | |
| 313. - Eaton Vance Tax Managed Global - Closed-end Fund | | | | | New buy | 6/20 | K | | |
| 314. - EBay, Inc. - common stock | | | | | New buy | 1/3 | J | | |
| 315. - | | | | | Final sale | 6/5 | J | | |
| 316. - Equinix Inc. - common stock | | | | | New buy | 8/2 | J | | |
| 317. - First Solar Inc. - common stock | | | | | New buy | 11/19 | J | | |
| 318. - Freeport McMoran Copper & Gold - common stock | | | | | New buy | 5/4 | J | | |
| 319. - | | | | | Partial buy | 5/7 | J | | |
| 320. - General Motors Corporation - common stock | | | | | New buy | 7/25 | J | | |
| 321. - Groupe Danone ADR - common stock | | | | | New buy | 10/19 | J | | |
| 322. - Hartford Financial Services Group Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 323. - IAC Interactivecorp - common stock | | | | | New buy | 4/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - | | | | | Partial buy | 4/23 | J | | |
| 325.  - | | | | | Partial buy | 5/3 | J | | |
| 326.  - Immucor Inc. - common stock | | | | | New buy | 7/17 | J | | |
| 327.  - | | | | | New buy | 8/6 | J | | |
| 328.  - Intel Corp. - common stock | | | | | New buy | 10/17 | J | | |
| 329.  - | | | | | Partial buy | 11/16 | J | | |
| 330.  - J. C. Penney Company, Inc. - common stock | | | | | New buy | 1/22 | J | | |
| 331.  - | | | | | Final sale | 10/22 | J | | |
| 332.  - Jackson Hewitt Tax Service Inc. - common stock | | | | | New buy | 11/13 | J | | |
| 333.  - | | | | | Partial buy | 11/20 | J | | |
| 334.  - Juniper Networks Inc. - common stock | | | | | New buy | 7/3 | J | | |
| 335.  - Kingfisher PLC - common stock | | | | | New buy | 2/22 | J | | |
| 336.  - | | | | | Final sale | 10/25 | J | | |
| 337.  - Kohl's Corp. - common stock | | | | | New buy | 10/31 | J | | |
| 338.  - Lowes Companies Inc. - common stock | | | | | New buy | 1/31 | J | | |
| 339.  - | | | | | Partial sale | 7/19 | J | | |
| 340.  - | | | | | Final sale | 7/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - McDermott International Inc. - common stock | | | | | New buy | 11/16 | J | | |
| 342. - MainStay Floating Rate Fund | | | | | New buy | 6/19 | K | | |
| 343. - Marshall & Ilsley Corporation - common stock | | | | | New buy | 1/10 | J | | |
| 344. - Metavante Technologies, Inc. - common stcok | | | | | Spin-off | 11/1 | J | | See note in Part VIII |
| 345. - | | | | | Final sale | 12/26 | J | | |
| 346. - Mastercard Inc. - common stock | | | | | New buy | 9/19 | J | | |
| 347. - Merrill Lynch & Co. Inc. - common stock | | | | | New buy | 12/31 | J | | |
| 348. - Metlife Inc. - common stock | | | | | New buy | 8/1 | J | | |
| 349. - Morgan Stanley - common stock | | | | | New buy | 8/10 | J | | |
| 350. - | | | | | Partial buy | 8/28 | J | | |
| 351. - Mosaic Company - common stock | | | | | New buy | 11/12 | J | | |
| 352. - Neustar Inc. - common stock | | | | | New buy | 5/7 | J | | |
| 353. - Nicholas-Applegate Equity & Conv. Income Fund | | | | | New buy | 6/20 | K | | |
| 354. - Nuveen Floating Rate Income Fund | | | | | New buy | 6/20 | K | | |
| 355. - Nvidia Corporation - common stock | | | | | New buy | 8/13 | J | | |
| 356. - Oracle Corp. - common stock | | | | | New buy | 7/2 | J | | |
| 357. - | | | | | Partial sale | 9/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - | | | | | Partial buy | 12/5 | J | | |
| 359. - Peabody Energy Corp. - common stock | | | | | New buy | 12/3 | J | | |
| 360. - PNC Financial Services Group - common stock | | | | | New buy | 12/19 | J | | |
| 361. - Prudential PLC - ADR - common stoak | | | | | New buy | 7/23 | J | | |
| 362. - | | | | | Partial buy | 12/11 | J | | |
| 363. - Putnam Floating Rate Income Fund | | | | | New buy | 6/19 | K | | |
| 364. - Research In Motion Ltd. - common stock | | | | | New buy | 10/5 | J | | |
| 365. - Roche Holding Ltd. - ADR - common stock | | | | | New buy | 4/19 | J | | |
| 366. - | | | | | Partial buy | 5/2 | J | | |
| 367. - | | | | | Partial buy | 7/19 | J | | |
| 368. - Rockwell Collins Inc. - common stock | | | | | New buy | 8/1 | J | | |
| 369. - | | | | | New buy | 8/9 | J | | |
| 370. - Suntrust Banks Inc. - common stock | | | | | New buy | 8/9 | J | | |
| 371. - Supervalue Inc. - common stock | | | | | New buy | 5/7 | J | | |
| 372. - | | | | | Partial buy | 5/24 | J | | |
| 373. - | | | | | Partial buy | 9/7 | J | | |
| 374. - Symantec Corporation - common stock | | | | | New buy | 10/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - | | | | | Final sale | 11/7 | J | | |
| 376. - Taiwan Semiconductor Manufacturing Co. Ltd - common stock | | | ' | | New buy | 7/18 | J | | |
| 377. - | | | | | Partial buy | 7/19 | J | | |
| 378. - | | | | | Final sale | 10/26 | J | | |
| 379. - Thermo Fisher Scientific Inc. - common stock | | | | | New buy | 5/11 | J | | |
| 380. - Time Warner Inc. - common stock | | | | | New buy | 3/5 | J | | |
| 381. - | | | | | Partial buy | 3/8 | J | | |
| 382. - United Technologies Corp. - common stock | | | | | New buy | 8/17 | J | | |
| 383. - US Bancorp - common stock | | | | | New buy | 7/5 | J | | |
| 384. - | | | | | Partial buy | 7/10 | J | | |
| 385. - Valero Energy Corp. - common stock | | | | | New buy | 10/9 | J | | |
| 386. - Weatherford Int'l. Ltd. - common stock | | | | | New buy | 11/29 | J | | |
| 387. - Wells Fargo & Co. - common stock | | | | | New buy | 8/23 | J | | |
| 388. - | | | | | Partial buy | 9/21 | J | | |
| 389. - | | | | | Partial buy | 10/18 | J | | |
| 390. - | | | | | Partial sale | 12/17 | J | | |
| 391. - GENERAL ELECTRIC - Corp. Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - GOLDMAN SACHS GROUP - Corp. Bond | | | | | Partial sale | 5/30 | J | | |
| 393. - | | | | | Final sale | 10/4 | J | | |
| 394. - IBM - Corp. Bond | | | | | Final sale | 5/30 | J | | |
| 395. - FED. NAT'L MTG ASSN GLOBAL - Gov. Bond (#2) | | | | | Final sale | 1/26 | J | | |
| 396. - BANK ONE CORP. - Corp. Bond | | | | | Partial sale | 5/30 | J | | |
| 397. - | | | | | Final sale | 9/27 | J | | |
| 398. - COUNTRYWIDE HOME LOAN - Corp. Bond | | | | | Final sale | 5/15 | J | | |
| 399. - FED. HOME LOAN MTG - Gov. Bond | | | | | Partial sale | 1/26 | J | | |
| 400. - | | | | | Partial sale | 5/24 | J | | |
| 401. - | | | | | Partial sale | 5/30 | J | | |
| 402. - | | | | | Partial buy | 11/16 | J | | |
| 403. - U.S. TREASURY NTES-SER D 2008 - Gov. Bond (#4) | | | | | Final sale | 1/26 | J | | |
| 404. - BANK OF AMERICA CORP. GLOBAL - Corp. Bond | | | | | Partial sale | 5/30 | J | | |
| 405. - CITIGROUP INC. GLOBAL NOTES - Corp. Bond | | | | | Partial sale | 5/30 | J | | |
| 406. - U.S. TREASURY NOTES-SER C 2011 - Gov. Bond | | | | | | | | | |
| 407. - U.S. TREASURY NOTES-SER B 2012 - Gov. Bond | | | | | Partial sale | 5/30 | J | | |
| 408. - | | | | | Partial sale | 11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  - U.S. TREASURY NOTES-SER E 2014 - Gov. Bond | | | | | Partial sale | 8/7 | J | | |
| 410.  - U.S. TREASURY NOTES-SER E 2010 - Gov. Bond | | | | | Partial sale | 5/30 | J | | |
| 411.  - CISCO SYSTEMS INC. - Corp. Bond | | | | | Partial sale | 5/30 | J | | |
| 412.  - COCA COLA ENTERPRISE - Corp. Bond | | | | | Partial sale | 5/30 | J | | |
| 413.  - INTERNATIONAL LEASE FINANCE CORP. - Corp. Bond | | | | | | | | | |
| 414.  - TARGET CORP. GLOBAL NOTES - Corp. Bond | | | | | Partial sale | 5/30 | J | | |
| 415.  - WAL-MART STORES - SR NOTES - Corp. Bond | | | | | Partial buy | 4/26 | J | | |
| 416.  - | | | | | Partial sale | 5/30 | J | A | |
| 417.  - FED. HOME LOAN MTG CORP GLOBAL NOTES - Gov. Bond | | | | | Partial sale | 5/30 | J | | |
| 418.  - FED. NAT'L MTG ASSN GLOBAL NOTES - Gov. Bond | | | | | Partial sale | 5/30 | J | A | |
| 419.  - U.S. TREASURY NOTES-SER B 2016 - Gov. Bond | | | | | Partial buy | 4/24 | K | | |
| 420.  - | | | | | Partial buy | 5/24 | J | | |
| 421.  - | | | | | Partial sale | 5/30 | K | | |
| 422.  - | | | | | Partial sale | 11/7 | J | A | |
| 423.  - | | | | | Partial sale | 11/16 | J | A | |
| 424.  - U.S. TREASURY NOTES-SER E-2011 - Gov. Bond | | | | | Partial sale | 5/30 | J | | |
| 425.  - ABBOTT LABS - Corp. Bond (new) | | | | | New buy | 11/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - CONOCO FUNDING CO. - Corp. Bond (new) | | | | | New buy | 1/25 | J | | |
| 427. - | | | | | Partial buy | 4/26 | J | | |
| 428. - | | | | | Partial sale | 5/30 | J | | |
| 429. - GOLDMAN SACHS GROUP INC US - Corp. Bond (new) | | | | | New buy | 10/4 | J | | |
| 430. - JP MORGAN CHASE & CO GLOBAL - Corp. Bond (new) | | | | | New buy | 9/27 | J | | |
| 431. - NATIONAL RURAL UTILS COOP FIN - Corp. Bond (new) | | | | | New buy | 8/21 | J | | |
| 432. - FED. HOME LOAN MTG CORP GLOBAL NOTES - Gov. Bond (new) | | | | | New buy | 11/16 | J | | |
| 433. - FED. NAT'L MTG ASSN GLOBAL - Gov. Bond (new) | | | | | New buy | 5/7 | J | | |
| 434. - | | | | | Partial sale | 5/30 | J | | |
| 435. - FED. NAT'L MTG ASSN GLOBAL - Gov. Bond (new) | | | | | New buy | 9/7 | J | | |
| 436. - U.S. TREASURY NOTES-SER E-2012 Gov. Bond (new) | | | | | New buy | 1/26 | K | | |
| 437. - | | | | | Partial buy | 4/24 | J | | |
| 438. - | | | | | Partial sale | 5/30 | K | A | |
| 439. - U.S.TREASURY NOTES-SER Y-2009 Gov. Bond (new) | | | | | New buy | 5/16 | J | | |
| 440. - | | | | | Partial sale | 5/30 | J | | |
| 441. Wells Fargo Bank - Account | | None | J | T | | | | | |
| 442. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  Trust I | A | Int./Div. | | | Final Dist. | 11/20 | K | | |
| 444.  - Berkshire Hathaway Inc. -  Class B stock | | | | | | | | | |
| 445.  - Cash equivalent - The Seidler Companies | | | | | | | | | |
| 446.  BROKERAGE ACCOUNT #2 - TRUST | E | Int./Div. | P1 | T | | | | | See note in Part VIII |
| 447.  - Cash equivalent - Smith Barney | | | | | | | | | |
| 448.  - Ameren Corp. - common stock | | | | | Partial sale | 4/30 | J | | |
| 449.  - | | | | | Partial sale | 7/18 | J | A | |
| 450.  - American International Group - common stock | | | | | Partial sale | 6/13 | J | A | |
| 451.  - | | | | | Partial sale | 9/11 | J | | |
| 452.  - | | | | | Partial sale | 9/25 | J | A | |
| 453.  - Sanofi-Aventis ADR - common stock | | | | | Partial sale | 6/11 | J | A | |
| 454.  - | | | | | Partial sale | 7/20 | J | | |
| 455.  - AXA S.A. ADR - common stock | | | | | Partial sale | 4/12 | J | A | |
| 456.  - BP PLC ADR - common stock | | | | | | | | | |
| 457.  - Ball Corp. - common stock | | | | | Final sale | 1/10 | J | A | |
| 458.  - Barclays PLC ADR - common stock | | | | | Final sale | 11/1 | J | | |
| 459.  - Best Buy Inc. - common stock | | | | | Final sale | 2/27 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - CMS Energy Corp. - common stock | | | | | Final sale | 1/10 | J | A | |
| 461. - Cadbury Schweppes PLC ADR - common stock | | | | | Partial sale | 7/10 | J | A | |
| 462. - Canon Inc. ADR - common stock | | | | | | | | | |
| 463. - Caremark RX Inc. - common stock | | | | | Final sale | 2/22 | J | B | |
| 464. - Citigroup Inc. - common stock | | | | | Partial sale | 10/26 | J | | |
| 465. - Chemtura Corp. - common stock | | | | | Final sale | 1/10 | J | | |
| 466. - Deere & Company - common stock | | | | | Final sale | 1/10 | J | A | |
| 467. - Diageo PLC ADR - common stock | | | | | Partial sale | 6/27 | J | A | |
| 468. - | | | | | Partial sale | 9/11 | J | A | |
| 469. - Eastman Chemical Company - common stock | | | | | Final sale | 1/10 | J | B | |
| 470. - Eaton Corp. - common stock | | | | | | | | | |
| 471. - Emerson Electric Corp. - common stock | | | | | | | | | |
| 472. - ENI S.P.A ADR - common stock | | | | | | | | | |
| 473. - EOG Resources Inc. - common stock | | | | | Final sale | 1/10 | J | B | |
| 474. - Everest Reinsurance Group - common stock | | | | | Final sale | 1/10 | J | A | |
| 475. - Exxon Mobil Corp. - common stock | | | | | Partial buy | 1/9 | J | | |
| 476. - | | | | | Partial sale | 5/25 | J | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - | | | | | Partial sale | 7/6 | J | A | |
| 478. - | | | | | Partial sale | 7/27 | J | A | |
| 479. - Bank of America - common stock | | | | | Partial sale | 1/24 | J | A | |
| 480. - | | | | | Final sale | 5/9 | J | A | |
| 481. - General Electric Inc. - common stock | | | | | Partial sale | 1/17 | J | A | |
| 482. - | | | | | Partial buy | 2/6 | J | | |
| 483. - | | | | | Partial sale | 4/4 | J | | |
| 484. - | | | | | Partial sale | 4/12 | J | A | |
| 485. - | | | | | Partial buy | 4/17 | J | | |
| 486. - | | | | | Partial sale | 7/6 | J | A | |
| 487. - Genuine Parts Co. - common stock | | | | | | | | | |
| 488. - Glaxosmithkline PLC ADR - common stock | | | | | Partial sale | 2/22 | J | A | |
| 489. - W. W. Grainger Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 490. - HSBC Holdings PLC ADR - common stock | | | | | Partial sale | 7/25 | J | A | |
| 491. - | | | | | Partial sale | 11/13 | J | | |
| 492. - Heineken NV ADR - common stock | | | | | | | | | |
| 493. - Hubbell Inc. - common stock | | | | | Final sale | 1/1 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - International Paper Co. - common stock | | | | | Final sale | 8/22 | J | A | |
| 495. - JP Morgan Chase & Co. - common stock | | | | | Partial buy | 1/16 | J | | |
| 496. - | | | | | Partial buy | 4/26 | J | | |
| 497. - | | | | | Partial sale | 6/22 | J | A | |
| 498. - | | | | | Partial sale | 11/9 | J | | |
| 499. - | | | | | Partial buy | 12/31 | J | | |
| 500. - Merck & Company - common stock | | . | | | Partial buy | 2/9 | J | | |
| 501. - | | | | | Partial buy | 6/22 | J | | |
| 502. - | | | | | Partial buy | 7/17 | J | | |
| 503. - Mylan Laboratories Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 504. - Nestle S.A. ADR - common stock | | | | | | | | | |
| 505. - Newell Rubbermaid Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 506. - Nokia Corp. ADR - common stock | | | | | | | | | |
| 507. - Northeast Utilities - common stock | | | | | Final sale | 1/10 | J | B | |
| 508. - Novartis AG ADR - common stock | | | | | Partial sale | 8/28 | J | A | |
| 509. - | | | | | Partial sale | 9/5 | J | A | |
| 510. - Pactiv Corp. - common stock | | | | | Partial sale | 1/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - | | | | | Partial buy | 2/27 | J | | |
| 512. - | | | | | Final sale | 6/13 | J | | |
| 513. - PartnerRe Ltd. - BMD - common stock | | | | | Final sale | 1/10 | J | A | |
| 514. - Pepsico Inc. - common stock | | | | | Partial sale | 5/14 | J | A | |
| 515. - | | | | | Partial buy | 5/18 | J | | |
| 516. - | | | | | Partial buy | 6/5 | J | | |
| 517. - | | | | | Partial sale | 9/18 | J | A | |
| 518. - | | | | | Partial buy | 9/24 | J | | |
| 519. - Pfizer Inc. - common stock | | | | | Final sale | 1/4 | J | A | |
| 520. - Potash Corp. of Saskatchewan Inc.- common stock | | | | | Final sale | 1/17 | J | A | |
| 521. - Royal Dutch Shell PLC - common stock | | | | | Partial buy | 7/6 | J | | |
| 522. - A T & T - common stock | | | | | Partial sale | 7/24 | J | A | |
| 523. - | | | | | Partial buy | 10/18 | J | | |
| 524. - San Paolo IMI SpA ADR - common stock | | | | | Merger | 1/8 | J | | See note in Part VIII |
| 525. - Intesa Sanpaolo S.p.A. ADR - common stock | | | | | | | | | |
| 526. - Schering Plough Corp. - common stock | | | | | Partial sale | 3/20 | J | | |
| 527. - | | | | | Partial buy | 10/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Schlumberger Ltd. - common stock | | | | | Partial buy | 5/30 | J | | |
| 529. - | | | | | Partial sale | 6/22 | J | B | |
| 530. - | | | | | Partial sale | 8/2 | J | A | |
| 531. - | | | | | Partial sale | 9/14 | J | A | |
| 532. - Siemens AG ADR - common stock | | | | | Partial sale | 4/12 | J | A | |
| 533. - | | | | | Partial buy | 5/21 | J | | |
| 534. - Snap-On Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 535. - Societe Generale ADR - common stock | | | | | Final sale | 8/30 | J | A | |
| 536. - Southwest Gas Corp. - common stock | | | | | Final sale | 1/10 | J | A | |
| 537. - Sybase Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 538. - Timkin Co. - common stock | | | | | Final sale | 1/10 | J | A | |
| 539. - Total S.A. ADR - common stock | | | | | | | | | |
| 540. - UBS AG-CHF - common stock | | | | | | | | | |
| 541. - Unilever PLC ADR - common stock | | | | | Partial buy | 7/10 | J | | |
| 542. - Union Pacific Corp. - common stock | | | | | Partial sale | 1/10 | J | A | |
| 543. - | | | | | Final sale | 1/11 | J | A | |
| 544. - Verizon Communications - common stock | | | | | Partial sale | 6/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Idearc Inc. - common stock | | | | | Final sale | 3/21 | J | A | |
| 546. - Wal-Mart Stores Inc. - common stock | | | | | Partial sale | 1/30 | J | | |
| 547. - | | | | | Partial sale | 5/18 | J | A | |
| 548. - | | | | | Partial sale | 6/05 | J | A | |
| 549. - | | | | | Partial sale | 10/2 | J | A | |
| 550. - Waste Management Inc. - common stock | | | | | | | | | |
| 551. - Wyeth - common stock | | | | | Partial sale | 6/22 | J | A | |
| 552. - | | | | | Partial sale | 7/17 | J | A | |
| 553. - | | | | | Partial sale | 11/8 | J | | |
| 554. - XL Capital Ltd. - common stock | | | | | Partial sale | 1/10 | J | A | |
| 555. - | | | | | Final sale | 3/19 | J | A | |
| 556. - FOOTHILL/EASTERN TRANSN CORRDR - Muni. Bond | | | | | Final sale | 1/31 | K | | |
| 557. - RIVERSIDE CA ELEC REV - Muni. Bond | | | | | Final sale | 3/14 | K | B | |
| 558. - SAN JOSE CA REDEV AGY TAX ALLC - Muni. Bond | | | | | | | | | |
| 559. - CALIF. ST. DEPT WAT RES WATER REV - Muni. Bond | | | | | Partial sale | 3/27 | J | A | |
| 560. - | | | | | Final sale | 6/11 | K | | |
| 561. - LOS ANGELES CNTY CALIF MTA SALES - Muni. Bond | | | | | Final sale | 2/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - LOS GATOS CALIF JT UN HIGH SCH - Muni. Bond | | | | | Partial sale | 7/5 | J | | |
| 563. - MT SAN ANTONIO CALIF CMNTY COL - Muni. Bond | | | | | Partial sale | 1/10 | J | A | |
| 564. - | | | | | Final sale | 6/11 | K | | |
| 565. - CAL ST G/O BOOK - Muni. Bond | | | | | Final sale | 6/11 | K | A | |
| 566. - FREMONT CALIF UN HIGH SCHOOL - Muni. Bond | | | | | Final sale | 6/11 | K | | |
| 567. - LOS ANGELES CALIF DEPT WTR Muni. Bond - | | | | | Partial sale | 6/11 | J | | |
| 568. - | | | | | Final sale | 9/13 | K | A | |
| 569. - OAKLAND CALIF UNI SCH DIST - Muni. Bond | | | | | Final sale | 6/28 | K | | |
| 570. - CALIF. ST. ECONOMY RECY - (new) Muni. Bond | | | | | New buy | 9/14 | K | | |
| 571. - LOS ANGELES CALIF CCD G/O REF (new) Muni. Bond | | | | | New buy | 1/31 | K | | |
| 572. - | | | | | Partial sale | 7/20 | J | | |
| 573. - LOS ANGELES CNTY CALIF MTA (new) Muni. Bond - | | | | | New buy | 2/13 | K | | |
| 574. - LOS ANGELES CNTY CALIF SANTN (new) Muni. Bond | | | | | New buy | 4/19 | K | | |
| 575. - SAN DIEGO CALIF. CMNTY COLL. - (new) Muni. Bond | | | | | New buy | 3/14 | K | | |
| 576. - SIMI VY CALIF SCH (new) Muni. Bond | | | | | New buy | 6/28 | K | | |
| 577. - Allied Irish Banks ADR - common stock | | | | | Final sale | 4/2 | J | A | |
| 578. - Bank of New York - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - Bank of New York Mellon Corp. - common stock | | | | | Merger | 7/2 | J | | See note in Part VIII |
| 580. - | | | | | Partial buy | 8/22 | J | | |
| 581. - Bausch & Lomb, Inc. - common stock | | | | | Final sale | 1/10 | J | | |
| 582. - Comcast Corp. - common stock | | | | | Partial sale | 5/16 | J | A | |
| 583. - | | | | | Final sale | 5/17 | J | A | |
| 584. - Cummins Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 585. - Foot Locker Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 586. - Procter & Gamble - common stock | | | | | Partial sale | 6/22 | J | A | |
| 587. - | | | | | Partial sale | 7/11 | J | A | |
| 588. - | | | | | Partial sale | 11/06 | J | A | |
| 589. - | | | | | Partial sale | 12/10 | J | A | |
| 590. - Halliburton Co. - common stock | | | | | Final sale | 1/10 | J | A | |
| 591. - Host Hotels & Resorts Inc. - common stock | | | | | Partial sale | 1/10 | J | B | |
| 592. - Meadwestvaco Corp. - common stock | | | | | Final sale | 1/10 | J | A | |
| 593. - Monsanto Company - common stock | | | | | Partial sale | 1/10 | J | A | |
| 594. - | | | | | Partial sale | 1/16 | J | A | |
| 595. - | | | | | Partial sale | 6/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Newmont Mining Corp. - common stock | | | | | Final sale | 5/24 | J | | |
| 597. - Parker-Hannifin Corp. - common stock | | | | | Partial sale | 1/16 | J | A | |
| 598. - | | | | | Final sale | 1/17 | J | A | |
| 599. - Praxair Inc. - common stock | | | | | | | | | |
| 600. - Safeco Corp. - common stock | | | | | Final sale | 1/10 | J | A | |
| 601. - Tesco PLC ADR - common stock | | | | | Partial sale | 6/21 | J | A | |
| 602. - Aetna Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 603. - Cadence Design Systems Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 604. - Credit Suisse Group ADR - common stock | | | | | Partial sale | 4/12 | J | A | |
| 605. - Genentech Inc. - common stock | | | | | Partial sale | 1/16 | J | A | |
| 606. - | | | | | Partial sale | 4/26 | J | A | |
| 607. - Globalsantafe Corp. - common stock | | | | | Final sale | 1/10 | J | B | |
| 608. - Interpublic Group of Cos. Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 609. - Kraft Foods - common stock | | | | | | | | | |
| 610. - Nisource Inc. - common stock | | | | | | | | | |
| 611. - Progress Energy Inc. - common stock | | | | | Partial buy | 1/10 | J | | |
| 612. - Swiss Reinsurance ADR - common stock | | | | | Final sale | 1/25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | | | | | Partial buy | 3/30 | J | | |
| 614. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 615. - Alexandria Real Estate Equities - common stock | | | | | | | | | |
| 616. - American Financial Realty Trust - common stock | | | | | Final sale | 6/14 | J | | |
| 617. - American Greetings Corp. - common stock | | | | | Final sale | 1/10 | J | | |
| 618. - Archstone Smith Trust - common stock | | | | | Final sale | 10/2 | J | A | |
| 619. - Avalonbay Comntys Inc. - common stock | | | | | Partial sale | 2/2 | J | A | |
| 620. - Avaya Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 621. - Baxter Internatinal Inc. - common stock | | | | | Partial sale | 8/23 | J | A | |
| 622. - | | | | | Final sale | 8/27 | J | A | |
| 623. - Boston Properties Inc. - common stock | | | | | Partial sale | 6/25 | J | A | |
| 624. - Brandywine Realty Trust - common stock | | | | . | Partial buy | 1/11 | J | | |
| 625. - | | | | | Partial sale | 9/6 | J | | |
| 626. - | | | | | Partial buy | 10/8 | J | | |
| 627. - BRE Pptys Inc. - common stock | | | | | | | | | |
| 628. - Brookfield Properties Corp. - common stock | | | | | Final sale | 9/20 | J | A | |
| 629. - Multi-Strategy Series G - Hedge Fund | | | | | | | | | See note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. - Centurytel Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 631. - Citigroup Diversified Futures - Managed Futures Fund | | | | | | . | | | |
| 632. - Clorox Company - common stock | | | | | Final sale | 5/16 | J | A | |
| 633. - Conseco Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 634. - CVS Corp. - common stock | | | | | Merger | 3/22 | J | | See note in Part VIII |
| 635. - CVS Caremark Corporation - common stock | | | | | | | | | |
| 636. - Developers Diversified Realty CP Corp. - common stock | | | | | | | | | |
| 637. - Equity Residential - common stock | | | | | | | | | |
| 638. - Essex Property Trust Inc. - common stock | | | | | | | | | |
| 639. - Extra Space Storage Inc. - common stock | | | | | Final sale | 7/25 | J | A | |
| 640. - Federal Realty Invt TR SBI - common stock | | | | | | | | | |
| 641. - Federated Dept. Stores - common stock | | | | | Final sale | 1/10 | J | A | |
| 642. - General Growth Properties - common stock | | | | | | | | | |
| 643. - Hilton Hotels Inc. - common stock | | | | | Partial sale | 7/13 | J | A | |
| 644. - | | | | | Final sale | 7/30 | J | A | |
| 645. - Kimberly-Clark Corp. - common stock | | | | | Partial sale | 7/19 | J | A | |
| 646. - | | | | | Final sale | 7/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - King Pharmaceuticals - common stock | | | | | Final sale | 1/10 | J | A | |
| 648. - Kroger Co. - common stock | | | | | | | | | |
| 649. - Macherich Company - common stock | | | | | | | | | |
| 650. - McAfee Inc. - common stock | | | | | Partial sale | 1/10 | J | A | |
| 651. - Mosaic Company - common stock | | | | | Final sale | 1/10 | J | A | |
| 652. - Nomura Holdings Inc. ADR - common stock | | | | | Partial sale | 9/11 | J | | |
| 653. - Officemax Inc. - common stock | | | | | Final sale | 1/10 | J | B | |
| 654. - Prologis SBI - common stock | | | | | | | | | |
| 655. - Public Storage Inc. - common stock | | | | | | | | | |
| 656. - Regency Centers Corp. - common stock | | | | | Final sale | 11/30 | J | | |
| 657. - R. H. Donnelley Corp. - common stock | | | | | Final sale | 1/11 | J | A | |
| 658. - R. R. Donnelley & Sons Co. - common stock | | | | | Final sale | 1/10 | J | A | |
| 659. - Simon Ppty. Group Inc. - common stock | | | | | | | | | |
| 660. - SL Green Realty Corp. - common stock | | | | | | | | | |
| 661. - Starwood Hotels & Resorts Worldwide - common stock | | | | | | | | | |
| 662. - UDR Inc. - common stock | | | | | Partial buy | 1/10 | J | | See note in Part VIII |
| 663. - Ventas Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,500,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Vornado Realty TR SBI - common stock | | | | | | | | | |
| 665. - Adidas AG ADR - common stock | | | | | Partial buy | 11/7 | J | | |
| 666. - AMB Property Corp. - common stock | | | | | Final sale | 8/16 | J | | |
| 667. - American Century CA - High Yield Municipal Fund | | | | | | | | | |
| 668. - Automatic Data Processing - common stock | | | | | Partial sale | 7/9 | J | A | |
| 669. - | | | | | Final sale | 8/17 | J | A | |
| 670. - Broadridge Financial Solutions - common stock | | | | | Spin-off | 4/5 | J | | See note in Part VIII |
| 671. - | | | | | Partial buy | 11/9 | J | | |
| 672. - Barrick Gold Corp. CAD - common stock | | | | | | | | | |
| 673. - Bellsouth Corp. - common stock | | | | | Merger | Jan. | J | A | See note in Part VIII |
| 674. - Bowater Inc. - common stock | | | | | Final sale | 1/10 | J | | |
| 675. - Brinker International Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 676. - Campbell Soup Company - common stock | | | | | Partial sale | 5/9 | J | A | |
| 677. - | | | | | Partial buy | 7/17 | J | | |
| 678. - | | | | | Partial buy | 7/27 | J | | |
| 679. - | | | | | Partial buy | 9/18 | J | | |
| 680. - Camden Property Trust SBI - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - CBL & Assoc. PPTYS Inc. - common stock | | | | | | | | | |
| 682. - Colonial PPTYS Trust SBI - common stock | | | | | Partial buy | 1/10 | J | | |
| 683. - | | | | | Partial sale | 9/6 | J | | |
| 684. - | | | | | Partial buy | 10/8 | J | | |
| 685. - Douglas Emmett Inc. - common stock | | | | | | | | | |
| 686. - EBay - common stock | | | | | Partial sale | 6/22 | J | | |
| 687. - | | | | | Final sale | 11/12 | J | | |
| 688. - El Paso Corporation - common stock | | | | | | | | | |
| 689. - Equity Office Properties Trust - common stock | | | | | Partial sale | 1/18 | J | A | |
| 690. - | | | | | Partial sale | 1/25 | J | A | |
| 691. - | | | | | Final sale | 2/1 | J | A | |
| 692. - General Dynamics Corp. - common stock | | | | | Final sale | 6/13 | J | A | |
| 693. - Genworth Financial Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 694. - Health Care REIT - common stock | | | | | Partial buy | 1/10 | J | | |
| 695. - Hewlett Packard Co. - common stock | | | | | Partial buy | 5/15 | J | | |
| 696. - | | | | | Partial sale | 11/16 | J | A | |
| 697. - Hoya Corp. ADR - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - Imperial Tobacco Group, PLC ADR - common stock | | | | | Partial sale | 5/21 | J | A | |
| 699. - Johnson & Johnson - common stock | | | | | Final sale | 5/11 | J | A | |
| 700. - Medimmune Inc. - common stock | | | | | Partial buy | 1/10 | J | | |
| 701. - | | | | | Partial sale | 3/13 | J | A | |
| 702. - | | | | | Final sale | 6/6 | J | B | |
| 703. - Mitsubishi UFJ Financial Group Inc. ADR - common stock | | | | | Partial sale | 9/4 | J | | |
| 704. - | | | | | Partial buy | 10/8 | J | | |
| 705. - | | | | | Final sale | 10/18 | J | | |
| 706. - Nuveen High Yield Municipal Bond Fund | | | | | | | | | |
| 707. - Qwest Communications International - common stock | | | | | Final sale | 1/10 | J | A | |
| 708. - Raytheon Company - common stock | | | | | Partial sale | 7/16 | J | A | |
| 709. - | | | | | Final sale | 7/17 | J | A | |
| 710. - Sabre Group Holdings Inc. - common stock | | | | | Partial sale | 1/10 | J | A | |
| 711. - | | | | | Final sale | 3/30 | J | B | |
| 712. - Sprint Nextel Corp. - common stock | | | | | Final sale | 2/9 | J | | |
| 713. - Embarq Corporation - common stock | | | | | Final sale | 1/10 | J | A | |
| 714. - Tellabs Inc. - common stock | | | | | Final sale | 1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - TNT N V ADR - common stock | | | | | | | | | |
| 716. - Walt Disney Co. - common stock | | | | | Final sale | 3/13 | J | A | |
| 717. - Zurich Financial Services ADR - common stock | | | | | Partial buy | 9/13 | J | | |
| 718. - | | | | | Partial buy | 12/11 | J | | |
| 719. - ADC Telecomm Inc. - common stock | | | | | Final sale | 1/10 | J | | |
| 720. - Adobe Systems Inc. - common stock | | | | | Final sale | 8/27 | J | A | |
| 721. - Advanced Mircro Devices Inc. - common stock | | | | | Partial sale | 9/5 | J | | |
| 722. - | | | | | Partial buy | 12/10 | J | | |
| 723. - Allied Waste Industries Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 724. - American Express - common stock | | | | | Partial sale | 1/16 | J | A | |
| 725. - | | | | | Partial sale | 1/17 | J | A | |
| 726. - | | | | | Partial buy | 4/26 | J | | |
| 727. - | | | | | Partial buy | 9/11 | J | | |
| 728. - AMR Corporation - common stock | | | | | | | | | |
| 729. - Apple Inc. - common stock | | | | | Partial sale | 6/22 | J | A | See note in Part VIII |
| 730. - Applera Corporation - common stock | | | | | Partial sale | 4/26 | J | A | |
| 731. - | | | | | Final sale | 5/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - Applied Materials Inc. - common stock | | | | | Partial sale | 1/16 | J | A | |
| 733. - | | | | | Final sale | 3/13 | J | A | |
| 734. - BAE Systems PLC ADR common stock | | | | | Partial buy | 5/11 | J | | |
| 735. - | | | | | Final sale | 7/3 | J | | |
| 736. - Boston Scientific - common stock | | | | | Partial sale | 8/7 | J | | |
| 737. - | | | | | Final sale | 8/28 | J | | |
| 738. - Bristol Meyers Squibb Co. - common stock | | | | | | | | | |
| 739. - Broadcom Corporation - common stock | | | | | Final sale | 11/9 | J | | |
| 740. - Chesapeake Energy Corporation - common stock | | | | | Final sale | 1/8 | J | | |
| 741. - Chicago Mercantile Exchange Hldgs. Inc. - common stock | | | | | Partial sale | 1/16 | J | A | |
| 742. - | | | | | Partial sale | 6/22 | J | A | |
| 743. - CME Group - common stock | | | | | Merger | 7/12 | J | | See note in Part VIII |
| 744. - | | | | | Partial sale | 10/18 | J | A | |
| 745. - | | | | | Partial sale | 12/18 | J | A | |
| 746. - Coca Cola Company - common stock | | | | | | | | | |
| 747. - Coca Cola Enterprises Inc. - common stock | | | | | | | | | |
| 748. - CRH PLC ADR - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Devon Energy Corporation - common stock | | | | | | | | | |
| 750. - Diamondrock Hospitality Company - common stock | | | | | Final sale | 10/5 | J | A | |
| 751. - Digital Realty Trust Inc. - common stock | | | | | | | | | |
| 752. - Ericsson L M Tel Co ADR - common stock | | | | | Partial buy | 7/10 | J | | |
| 753. - Federal Home Loan Mortgage Corp. - common stock | | | | | Final sale | 4/20 | J | | |
| 754. - Federal Nat'l. Mortgage Assn. - common stock | | | | | | | | | |
| 755. - Gallaher Group PLC ADR - common stock | | | | | Final sale | 1/23 | J | A | |
| 756. - Gilead Sciences Inc. - common stock | | | | | Partial sale | 3/13 | J | A | |
| 757. - | | | | | Partial sale | 6/13 | J | A | |
| 758. - Goldman Sachs Group Inc. - common stock | | | | | | | | | |
| 759. - Google Inc. - common stock | | | | | Partial buy | 2/21 | J | | |
| 760. - | | | | | Partial sale | 10/18 | J | A | |
| 761. - HCP Inc. (fka Healthcare Property Invs. Inc.)- com. stock | | | | | Partial buy | 10/8 | J | | See note in Part VIII |
| 762. - JDS Uniphase Corporation - common stock | | | | | Partial sale | 1/10 | J | | |
| 763. - | | | | | Partial buy | 1/22 | J | | |
| 764. - | | | | | Partial sale | 6/22 | J | | |
| 765. - Johnson Controls Inc. - common stock | | | | | Partial sale | 1/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - Juniper Networks Inc. - common stock | | | | | Partial sale | 4/26 | J | A | |
| 767. - | | | | | Partial sale | 6/18 | J | A | |
| 768. - | | | | | Partial sale | 6/22 | J | A | |
| 769. - Kimco Realty Corporation - common stock | | | | | | | | | |
| 770. - KLA-Tencor Corporation - common stock | | | | | | | | | |
| 771. - Kohl's Corporation - common stock | | | | | Partial sale | 5/10 | J | A | |
| 772. - | | | | | Partial buy | 11/14 | J | | |
| 773. - LAM Research Corporation - common stock | | | | | Partial sale | 4/26 | J | A | |
| 774. - | | | | | Partial sale | 6/28 | J | | |
| 775. - | | | | | Partial buy | 10/18 | J | | |
| 776. - Legg Mason Inc. - common stock | | | | | Final sale | 3/26 | J | | |
| 777. - Level 3 Communications Inc. - common stcok | | | | | Partial sale | 3/13 | J | A | |
| 778. - | | | | | Partial sale | 6/22 | J | A | |
| 779. - | | | | | Partial sale | 8/6 | J | A | |
| 780. - | | | | | Partial buy | 9/5 | J | | |
| 781. - | | | | | Final sale | 9/8 | J | | |
| 782. - Liberty Property Trust SB1 - common stock | | | | | Final sale | 4/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783. - Lloyds TSB Group PLC ADR - common stock | | | | | | | | | |
| 784. - Maguire Properties Inc. - common stock | | | | | Final sale | 3/12 | J | | |
| 785. - Mid-America Apt. Cmntys - common stock | | | | | | | | | |
| 786. - Mitsui Sumitomo Ins. Co. Ltd. ADR - common stock | | | | | Partial sale | 6/15 | J | | |
| 787. - | | | | | Final sale | 7/19 | J | | |
| 788. - Molson Coors Brewing Co. - common stock | | | | | Final sale | 1/10 | J | A | |
| 789. - Navteq Corporation - common stock | | | | | Partial sale | 4/26 | J | | |
| 790. - | | | | | Partial sale | 10/11 | J | A | |
| 791. - | | | | | Final sale | 10/12 | J | A | |
| 792. - Network Appliance Inc. - common stock | | | | | | | | | |
| 793. - News Corporation - common stock | | | | | Partial sale | 2/21 | J | A | |
| 794. - | | | | | Partial sale | 7/17 | J | A | |
| 795. - Nissan Motor Ltd. ADR - common stock | | | | | Partial sale | 2/23 | J | | |
| 796. - Northen Trust Corporation - common stock | | | | | | | | | |
| 797. - NYSE Group - common stock | | | | | Partial sale | 1/16 | J | A | |
| 798. - | | | | | Partial sale | 4/3 | J | A | |
| 799. - NYSE Euronext - common stock | | | | | Merger | 4/4 | J | | See note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - OSI Restaurant Partners Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 801. - PG & E Corporation - common stock | | | | | Partial buy | 4/12 | J | | |
| 802. - PPL Corporation - common stock | | | | | | | | | |
| 803. - Puget Energy Inc. - common stock | | | | | Final sale | 1/10 | J | A | |
| 804. - Qualcomm Inc. - common stock | | | | | Partial sale | 4/26 | J | | |
| 805. - | | | | | Partial sale | 6/22 | J | | |
| 806. - | | | | | Partial buy | 7/25 | J | | |
| 807. - Schwab Charles Corporation - common stock | | | | | Partial sale | 6/22 | J | A | |
| 808. - Singapore Telecomm ADR - common stock | | | | | Partial buy | 8/3 | J | | |
| 809. - Smucker J. M. Co. - common stock | | | | | Final sale | 1/10 | J | | |
| 810. - Southern Company - common stock | | | | | Partial sale | 5/31 | J | A | |
| 811. - | | | | | Partial buy | 9/25 | J | | |
| 812. - Suez SA ADR - common stock | | | | | Partial buy | 9/19 | J | | |
| 813. - Sumitomo Mitsui Fin. Group ADR - common stock | | | | | | | | | |
| 814. - Sun Microsystems Inc. - common stock | | | | | Partial sale | 8/1 | J | | |
| 815. - | | | | | Partial buy | 6/28 | J | | |
| 816. - - | | | | | Partial buy | 6/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - TD Ameritrade Hldg. Corporation - common stock | | | | | Partial sale | 4/4 | J | | |
| 818. - | | | | | Partial sale | 5/18 | J | A | |
| 819. - | | | | | Partial buy | 12/10 | J | | |
| 820. - Time Warner Inc. - common stock | | | | | Partial sale | 6/5 | J | A | |
| 821. - Toyota Motor Corporation - common stock | | | | | Partial sale | 4/26 | J | A | |
| 822. - Weingarten Rlty Invs. SBI - common stock | | | | | Final sale | 7/24 | J | | |
| 823. - Wynn Resorts Ltd. - common stock | | | | | New buy | 2/22 | J | | |
| 824. - XM Satelitte Radio Hldgs. - common stock | | | | | Partial sale | 1/17 | J | | |
| 825. - | | | | | Final sale | 4/12 | J | | |
| 826. - Yum Brands Inc. - common stock | | | | | | | | | |
| 827. - ABB Ltd. ADR - common stock | | | | | New buy | 1/17 | J | | |
| 828. - | | | | | Partial sale | 6/22 | J | A | |
| 829. - Abbott Laboratories - common stock | | | | | New buy | 3/6 | J | | |
| 830. - | | | | | Partial buy | 3/13 | J | | |
| 831. - | | | | | Partial buy | 3/28 | J | | |
| 832. - | | | | | Partial sale | 6/22 | J | | |
| 833. - | | | | | Partial buy | 9/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. - AES Corporation - common stock | | | | | New buy | 1/16 | J | | |
| 835. - | | | | | Partial buy | 4/12 | J | | |
| 836. - | | | | | Partial sale | 6/22 | J | A | |
| 837. - | | | | | Partial sale | 12/18 | J | A | |
| 838. - Affiliated Computer Services - common stock | | | | | New buy | 1/10 | J | | |
| 839. - | | | | | Partial sale | 4/12 | J | A | |
| 840. - Air Products & Chemicals Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 841. - | | | | | Partial buy | 11/12 | J | | |
| 842. - Allianz SE ADR - common sstock | | | | | New buy | 1/25 | J | | |
| 843. - | | | | | Partial buy | 6/1 | J | | |
| 844. - | | | | | Partial sale | 11/8 | J | | |
| 845. - Altera Corporation - common stock | | | | | New buy | 8/10 | J | | |
| 846. - Amazon Com Inc. - common stock | | | | | New buy | 11/12 | J | | |
| 847. - Amgen Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 848. - Anadarko Petroleum Corporation - common stock | | | | | New buy | 9/25 | J | | |
| 849. - Anheuser-Busch Companies, Inc. - common stock | | | | | New buy | 5/7 | J | | |
| 850. - | | | | | Partial buy | 5/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 • $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - | | | | | Partial sale | 10/2 | J | A | |
| 852. - | | | | | Final sale | 11/13 | J | A | |
| 853. - Annaly Capital Management Inc. - common stock | | | | | New buy | 4/9 | J | | |
| 854. - AON Corporation - common stock | | | | | New buy | 1/10 | J | | |
| 855. - | | | | | Partial buy | 6/29 | J | | |
| 856. - Apache Corporation - common stock | | | | | New buy | 4/26 | J | | |
| 857. - | | | | | Partial buy | 5/30 | J | | |
| 858. - | | | | | Partial sale | 6/22 | J | A | |
| 859. - | | | | | Partial sale | 10/24 | J | A | |
| 860. - Apollo Group Inc. - common stock | | | | | New buy | 1/22 | J | | |
| 861. - | | | | | Partial sale | 2/27 | J | A | |
| 862. - | | | | | Partial sale | 4/4 | J | A | |
| 863. - | | | | | Partial sale | 4/26 | J | A | |
| 864. - Arch Coal Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 865. - Archer-Daniels-Midland Co. - common stock | | | | | New buy | 12/31 | J | | |
| 866. - Astoria Financial Financial - common stock | | | | | New buy | 1/10 | J | | |
| 867. - | | | | | Final sale | 4/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 868. - Banco Santander S.A. - common stcok | | | | | New buy | 10/19 | J | | |
| 869. - Barnes & Noble Inc. - common stock | | | | | New buy | 1/11 | J | | |
| 870. - BB&T - common stock | | | | | New buy | 10/10 | J | | |
| 871. - | | | | | Partial buy | 10/11 | J | | |
| 872. - Becton Dickinson & Company - common stock | | | | | New buy | 4/4 | J | | |
| 873. - | | | | | Final sale | 11/9 | J | A | |
| 874. - Biomed REalty Trust Inc. - common stock | | | | | New buy | 1/9 | J | | |
| 875. - | | | | | Final sale | 7/20 | J | | |
| 876. - British American Tabacco - common stock | | | | | New buy | 1/29 | J | | |
| 877. - C. R. Bard Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 878. - | | | | | Partial sale | 8/6 | J | | |
| 879. - Cablevision Systems Corporation - common stock | | | | | New buy | 1/10 | J | | |
| 880. - Caterpillar Inc. - common stock | | | | | New buy | 7/26 | J | | |
| 881. - Celegene Corporation - common stock | | | | | New buy | 11/9 | J | | |
| 882. - Chevron Corporation - common stock | | | | | New buy | 6/26 | J | | |
| 883. - | | | | | Partial buy | 7/16 | J | | |
| 884. - Cintas Corporation - common stock | | | | | New buy | 5/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  - | | | | | Partial buy | 6/1 | J | | |
| 886.  - Cisco Systems Inc. - common stock | | | | | New buy | 8/8 | J | | |
| 887.  - | | | | | Partial sale | 12/10 | J | | |
| 888.  - Colonial Bancgroup Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 889.  - Cooper Industries Ltd. - common stock | | | | | New buy | 4/26 | J | | |
| 890.  - | | | | | Final sale | 7/27 | J | A | |
| 891.  - Corning Inc. - common stock | | | | | New buy | 7/20 | J | | |
| 892.  - Covidien Ltd. - common stock | | | | | New buy | 10/10 | J | | |
| 893.  - Daimlerchrysler AG - common stock | | | | | New buy | 1/9 | J | | |
| 894.  - | | | | | Partial buy | 1/23 | J | | |
| 895.  - | | | | | Partial sale | 4/12 | J | A | |
| 896.  - Danaher Corporation - common stock | | | | | New buy | 5/18 | J | | |
| 897.  - | | | | | Partial buy | 6/18 | J | | |
| 898.  - | | | | | Final sale | 10/12 | J | A | |
| 899.  - DBS Group Hldg. Ltd. ADR - common stock | | | | | New buy | 10/16 | J | | |
| 900.  - Delaware National High Yield Muni Bond Fund | | | | | New buy | 6/20 | L | | |
| 901.  - | | | | | Final sale | 9/4 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - Delta Airlines Inc. - common stock | | | | | New buy | 8/9 | J | | |
| 903. - Denbury Resources Inc. - common stock | | | | | New buy | 7/17 | J | | |
| 904. - Dreamworks Animation Inc. - common stock | | | | | New buy | 1/11 | J | | |
| 905. - Electronic Arts - common stock | | | | | New buy | 9/14 | J | | |
| 906. - Endurance Specialty Hldgs. - common stock | | | | | New buy | 1/10 | J | | |
| 907. - E.ON AG ADR - common stock | | | | | New buy | 11/15 | J | | |
| 908. - | | | | | Partial buy | 12/19 | J | | |
| 909. - Estee Lauder - common stock | | | | | New buy | 2/27 | J | | |
| 910. - | | | | | Partial buy | 9/18 | J | | |
| 911. - Exelon Corporation - common stock | | | | | New buy | 9/18 | J | | |
| 912. - Flowserve Corporation - common stock | | | | | New buy | 7/27 | J | | |
| 913. - Freeport McMoran Copper & Gold - common stock | | | | | New buy | 5/4 | J | | |
| 914. - General Motors Corporation - common stock | | | | | New buy | 9/7 | J | | |
| 915. - Genzyme Corporation - common stock | | | | | New buy | 4/30 | J | | |
| 916. - Great Plains Energy Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 917. - Groupe Danone ADR - common stock | | | | | New buy | 10/19 | J | | |
| 918. - Hartford Fin. Services Group Inc. - common stock | | | | | New buy | 11/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50 200 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.   - Hasbro Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 920.   - Hertz Global Holdings Inc. - common stock | | | | | New buy | 6/29 | J | | |
| 921.   - Hologic Inc. - common stock | | | | | New buy | 11/8 | J | | |
| 922.   - Hutchison Telecom. Int'l. Ltd. ADR - common stock | | | | | New buy | 10/26 | J | | |
| 923.   - IAC Interactive Corporation - common stock | | | | | New buy | 4/18 | J | | |
| 924.   - | | | | | Partial buy | 5/3 | J | | |
| 925.   - | | | | | Partial sale | 9/5 | J | | |
| 926.   - | | | | | Partial buy | 10/8 | J | | |
| 927.   - Integrys Energy Group Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 928.   - | | | | | Partial buy | 1/31 | J | | |
| 929.   - International Flavors & Fragrances Inc. - common stock | | | | | New buy | 6/13 | J | | |
| 930.   - Istar Financial Inc. - common stock | | | | | New buy | 1/12 | J | | |
| 931.   - | | | | | Partial sale | 9/6 | J | | |
| 932.   - | | | | | Partial buy | 10/9 | J | | |
| 933.   - Ivanhoe Mines Ltd. CAD - common stock | | | | | New buy | 1/16 | J | | |
| 934.   - Kellogg Company - common stock | | | | | New buy | 3/13 | J | | |
| 935.   - Keyspan Corporation - common stock | | | | | New buy | 1/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - | | | | | Final sale | 8/24 | J | A | |
| 937. - Kingfisher PLC - common stock | | | | | New buy | 2/22 | J | | |
| 938. - | | | | | Partial sale | 10/24 | J | | |
| 939. - | | | | | Final sale | 10/25 | J | | |
| 940. - LaSalle Hotel Propertys SBI - common stock | | | | | New buy | 5/25 | J | | |
| 941. - Lehman Brothers Holdings Inc. - common stock | | | | | New buy | 1/17 | J | | |
| 942. - | | | | | Partial sale | 3/23 | J | | |
| 943. - | | | | | Partial buy | 8/8 | J | | |
| 944. - Lockheed Martin Corporation - common stock | | | | | New buy | 10/11 | J | | |
| 945. - | | | | | Partial buy | 10/12 | J | | |
| 946. - Lord Abbett High Yield Muni Bond Fund | | | | | New buy | 6/20 | L | | |
| 947. - Lyondell Chemical Company - common stock | | | | | New buy | 1/10 | J | | |
| 948. - | | | | | Partial sale | 4/12 | J | A | |
| 949. - | | | | | Final sale | 7/19 | J | B | |
| 950. - Mack Cali Realty Corporation - common stock | | | | | New buy | 1/10 | J | | |
| 951. - Marshall & Ilsley Corporation - common stock | | | | | New buy | 1/16 | J | | |
| 952. - Metavante Technologies Inc. - common stock | | | | | Spin-off | 4/3 | J | | See note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953.    - | | | | | Final sale | 12/26 | J | | |
| 954.    - Mattel Inc. - common stock | | | | | New buy | 9/13 | J | | |
| 955.    - McKesson Corporation - common stock | | | | | New buy | 1/16 | J | | |
| 956.    - Memc Electronic Materials Inc. - common stock | | | | | New buy | 7/17 | J | | |
| 957.    - Merrill Lynch & Co. Inc. - common stock | | | | | New buy | 12/31 | J | | |
| 958.    - Microchip Technology Inc. - common stock | | | | | New buy | 7/20 | J | | |
| 959.    - | | | | | Partial buy | 7/24 | J | | |
| 960.    - | | | | | Partial sale | 10/9 | J | | |
| 961.    - | | | | | Final sale | 10/10 | J | | |
| 962.    - Microsoft Corporation - common stock | | | | | New buy | 9/7 | J | | |
| 963.    - Millicom International Cellular - common stock | | | | | New buy | 1/17 | J | | |
| 964.    - Moneygram International Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 965.    - | | | | | Partial sale | 9/6 | J | | |
| 966.    - | | | | | Partial buy | 10/8 | J | | |
| 967.    - Morgan Stanley - common stock | | | | | New buy | 8/10 | J | | |
| 968.    - Nasdaq Stock Market Inc. - common stock | | | | | New buy | 11/20 | J | | |
| 969.    - Nationwide Health Propertys Inc. - common stock | | | | | New buy | 1/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. - Nike Inc. - common stock | | | | | New buy | 1/30 | J | | |
| 971. - Noble Energy Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 972. - Nuveen Tax Advantaged Div. Growth Fund | | | | | New buy | 6/26 | K | | |
| 973. - | | | | | Final sale | 9/4 | K | | |
| 974. - Old Republic International Corp. - common stock | | | | | New buy | 1/12 | J | | |
| 975. - | | | | | Partial sale | 9/6 | J | A | |
| 976. - | | | | | Partial buy | 10/9 | J | | |
| 977. - Oracle Corporation - common stock | | | | | New buy | 7/24 | J | | |
| 978. - Peabody Energy Corporation - common stock | | | | | New buy | 4/17 | J | | |
| 979. - Patriot Coal Company - common stock | | | | | Spin-off | 11/1 | J | | See note in Part VIII |
| 980. - | | | | | Final sale | 11/2 | J | A | |
| 981. - Pentair Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 982. - Pep Boys Manny Moe & Jack - common stock | | ' | | | New buy | 1/11 | J | | |
| 983. - | | | | | Final sale | 3/16 | J | A | |
| 984. - Petrobras - common stock | | | | | New buy | 7/17 | J | | |
| 985. - Pioneer Natural Resources Company - common stock | | | | | New buy | 1/10 | J | | |
| 986. - PNC Financial Services Group - common stock | | | | | New buy | 12/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 • | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - Polo Ralph Lauren Corporation - common stock | | | | | New buy | 12/18 | J | | |
| 988. - Principal Financial Services - common stock | | | | | New buy | 1/10 | J | | |
| 989. - Prudential PLC ADR - common stock | | | | | New buy | 7/23 | J | | |
| 990. - | | | | | Partial buy | 12/11 | J | | |
| 991. - Rayonier Inc. - common stock | | | | | New buy | 2/9 | J | | |
| 992. - | | | | | Final sale | 6/6 | J | | |
| 993. - Red Hat Inc. - common stock | | | | | New buy | 4/12 | J | | |
| 994. - Redwood Trust Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 995. - | | | | | Final sale | 9/5 | J | | |
| 996. - Research-In-Motion Ltd. - common stock | | | | | New buy | 5/10 | J | | |
| 997. - Roche Holding Ltd. ADR - common stock | | | | | New buy | 4/19 | J | | |
| 998. - | | | | | Partial buy | 5/2 | J | | |
| 999. - | | | | | Partial buy | 7/19 | J | | |
| 1000. - Rockwell Collins Inc. - common stoak | | | | | New buy | 9/26 | J | | |
| 1001. - Rogers Communications Inc. - common stock | | | | | New buy | 1/11 | J | | |
| 1002. - | | | | | Partial sale | 7/19 | J | A | |
| 1003. - Rowan Companies Inc. - common stock | | | | | New buy | 1/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. - Safeway Inc. - common stock | | | | | New buy | 1/16 | J | | |
| 1005. - | | | | | Partial buy | 1/30 | J | | |
| 1006. - | | | | | Final sale | 3/2 | J | | |
| 1007. - Schein (Henry) Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 1008. - Sempra Energy - common stock | | | | | New buy | 1/10 | J | | |
| 1009. - Silver Standard Rescouces - common stock | | | | | New buy | 1/10 | J | | |
| 1010. - Sovereign Bancorp Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 1011. - | | | | | Final sale | 9/6 | J | | |
| 1012. - Streettracks Gold Trust - Closed-end Fund | | | | | New buy | 1/10 | J | | |
| 1013. - Suntrust Banks Inc. - common stock | | | | | New buy | 8/9 | J | | |
| 1014. - Supervalu Inc. - common stock | | | | | New buy | 5/7 | J | | |
| 1015. - | | | | | Partial buy | 5/24 | J | | |
| 1016. - Suntrust Banks Inc. - common stock | | | | | New buy | 8/9 | J | | |
| 1017. - Taiwan Semiconductor Mfg. - common stock | | | | | New buy | 7/18 | J | | |
| 1018. - | | | | | Final sale | 10/26 | J | | |
| 1019. - TD Banknorth Inc. - common stock | | | | | New buy | 1/12 | J | | |
| 1020. - | | | | | Final sale | 4/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1021. - Telephone & Data Systems Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 1022. - | | | | | Partial sale | 7/19 | J | A | |
| 1023. - Temple Inland Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 1024. - | | | | | Final sale | 4/12 | J | A | |
| 1025. - Texas Instruments Inc. - common stock | | | | | New buy | 5/30 | J | | |
| 1026. - | | | | | Partial buy | 6/4 | J | | |
| 1027. - Textron Inc. - common stock | | | | | New buy | 1/10 | J | | |
| 1028. - | | | | | Partial sale | 7/19 | J | A | |
| 1029. - Thermo Fisher Scientific Inc. - common stock | | | | | New buy | 1/17 | J | | |
| 1030. - Time Warner Cable - common stock | | | | | New buy | 2/16 | J | | |
| 1031. - Todco - common stock | | | | | New buy | 1/10 | J | | |
| 1032. - Hercules Offshore Inc. - common stock | | | | | Merger | 7/11 | J | | See note in Part VIII |
| 1033. - Ultra Petroleum Corporation - common stock | | | | | New buy | 1/10 | J | | |
| 1034. - US Bancorp - common stock | | | | | New buy | 7/5 | J | | |
| 1035. - | | | | | Partial buy | 7/6 | J | | |
| 1036. - USG Corporation - common stock | | | | | New buy | 1/10 | J | | |
| 1037. - United States Cellular Corporation - common stock | | | | | New buy | 1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. - | | | | | Partial sale | 7/19 | J | A | |
| 1039. - Vertex Pharmaceuticals Inc. - common stock | | | | | New buy | 1/17 | J | | |
| 1040. - | | | | | Final sale | 3/28 | J | | |
| 1041. - Vmware Inc. - common stock | | | | | New buy | 12/10 | J | | |
| 1042. - Washington Real Estate Investment Trust - common stock | | | | | New buy | 6/22 | J | | |
| 1043. - Weatherford International Ltd. - common stock | | | | | New buy | 6/20 | J | | |
| 1044. - Wells Fargo & Company - common stock | | | | | New buy | 8/23 | J | | |
| 1045. - | | | | | Partial buy | 10/18 | J | | |
| 1046. - Xcel Energy Inc. - common stock | | | | | New buy | 9/17 | J | | |
| 1047. - Nasdaq 100 Trust Series 1 - Closed-end Fund | | | | | New buy | 2006 | J | | See note in Part VIII |
| 1048. - | | | | | Final sale | 1/22 | J | | |
| 1049. - UTS Spyder Trust Series - Closed-end Fund | | | | | New buy | 2006 | J | | See note in Part VIII |
| 1050. - | | | | | Partial sale | 1/22 | J | | |
| 1051. - | | | | | Partial buy | 9/5 | J | | |
| 1052. - | | | | | Final sale | 12/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

BROKERAGE ACCOUNT #1

Pages 4-5, Lines 17-20: On July 2, 2007, The Bank of New York Company, Inc. and Mellon Financial Corporation merged to form The Bank of New York Mellon Corporation. My position in The Bank of New York Company, Inc., therefore, became a position in The Bank of New York Mellon Corporation.

Page 8, Lines 83- 84: On January 8, 2007, San Paolo IMI S.p.A. and Banca Intesa SPA merged to form Intesa Sanpaolo S.p.A. My position in San Paolo IMI S.p.A., therefore, became a position in Intesa Sanpaolo S.p.A. There was no reportable activity during 2007.

Page 12, Lines 138-140: On March 22, 2007, CVS Corporation merged with CVS Caremark Corporation. My position in CVS Corporation, therefore, became a position in CVS Caremark Corporation.

Page 12, Lines 149-152: On April 5, 2007, Automatic Data Processing spun-off Broadridge Financial Solutions Inc., and shareholders of Automatic Data Processing received shares of Broadridge Financial Solutions, Inc. in connection with the transaction.

Page 13, Lines 154; Page 7, Line 65: In January 2007 AT&T Inc. acquired Bellsouth Corporation. My position in Bellsouth Corporation, therefore, became a position in AT&T Corporation. As I already held a position in AT&T Inc. at that time, please see Page 7, Line 65 for AT&T Inc. reportable activity during 2007.

Page 14, Line 179: There was a typographical error in last year's report in that UBCH should have been listed as UCBH Holdings Inc.

Page 14, Lines 180-182: On August 20, 2007, Universal Compression Holdings, Inc. merged with Hanover Compressor Company to form Exterran Holdings Inc. My position in Universal Compression Holdings, Inc., therefore, became a position in Exterran Holdings Inc. There was no 2007 reportable activity for Exterran Holdings Inc.

Page 15, Line 201: In January 2007, Apple Computer, Inc. changed its name to Apple, Inc.

Page 24, Lines 343-345: On November 1, 2007, Marshall & Ilsley Corporation spun-off Metavante Corporation. In connection with the transaction, shareholders of Marshall & Ilsley Corporation received shares of Metavante Technologies, Inc., which is the holding company for Metavante Corporation.

BROKERAGE ACCOUNT #2 (TRUST)

Page 30, Line 446: In September 2007, ownership of Brokerage Account #2 was transferred to a Trust; there was no change of assets in connection with the transfer.

Page 34, Lines 524-525: On January 8, 2007, San Paolo IMI S.p.A. and Banca Intesa SPA merged to form Intesa Sanpaolo S.p.A. My position in San Paolo IMI S.p.A., therefore, became a position in Intesa Sanpaolo S.p.A. There was no reportable activity during 2007.

Pages 37-38, Lines 578-580: On July 2, 2007, The Bank of New York Company, Inc. and Mellon Financial Corporation merged to form The Bank of New York Mellon Corporation. My position in The Bank of New York Company, Inc., therefore, became a position in The Bank of New York Mellon Corporation.

Page 40, Line 629: On Janaury 8, 2007, CAI Multi-Strategy Series M hedge fund rolled into Multi-Strategy Series G hedge fund. My position in CAI Multi-Strategy Series M hedge fund, therefore, became a position in Multi-Strategy Series G hedge fund. There was no 2007 reportable activity in either position.

Page 41, Lines 634-635: On March 22, 2007, CVS Corporation merged with CVS Caremark Corporation. My position in CVS Corporation, therefore, became a position in CVS Caremark Corporation. There was no 2007 reportable activity in either position.

Page 42, Line 662: On April 1, 2007, United Dominion Realty Trust changed its name to UDR, Inc.

Page 43, Lines 668-671: On April 5, 2007, Automatic Data Processing spun-off Broadridge Financial Solutions Inc., and shareholders of Automatic Data Processing received shares of Broadridge Financial Solutions, Inc. in connection with the transaction.

Page 43, Line 673; Page 34, Lines 522-523: In January 2007, AT&T Inc. acquired Bellsouth Corporation. My position in Bellsouth Corporation, therefore, became a position in AT&T Corporation. As I already held a position in AT&T Inc. at that time, please see Page 34, Lines 523-524 for AT&T Inc. reportable activity during 2007.

Page 46, Line 729: In January 2007, Apple Computer, Inc. changed its name to Apple, Inc.

Page 47, Lines 741-745: On July 12, 2007, the Chicago Mercantile Exchange and the Chicago Board of Trade merged to form the CME Group. My position in the Chicago Mercantile Exchange, therefore, became a position in the CME Group.

Page 48, Line 761: On September 10, 2007, Health Care Property Investors Inc. changed its name to HCP, Inc.

Page 50, Lines 797-799: On Apri 4, 2007, NYSE Group, Inc. and Euronext N.V. merged to form NYSE Euronext. My position in NYSE Group, Inc., therefore, became a position in NYSE Euronext.

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 07/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Pages 59-60, Lines 951-953: On November 1, 2007, Marshall & Ilsley Corporation spun-off Metavante Corporation. In connection with the transaction, shareholders of Marshall & Ilsley Corporation received shares of Metavante Technologies, Inc., which is the holding company for Metavante Corporation.

Page 61, Lines 978-980: On November 1, 2007, Peabody Energy Corporation spun-off Patriot Coal Corporation, and shareholders of Peabody Energy Corporation received shares of Patriot Coal Corporation in connection with the transaction.

Page 64, Lines 1031-1032: On July 11, 2007, Hercules Offshore Inc. merged with Todco. My position in Todco, therefore, became a position in Hercules Offshore Inc.

Page 65, Lines 1047-1048: Nasdaq 100 Trust Series 1 (closed-end fund) was inadvertantly left off my 2006 Financial Disclosure Report. It was initially bought on 12/20/06. The transaction listed on line 1048 occurred in 2007.

Page 65, Lines 1049-1052: UTS Spyder Trust Series (closed-end fund) was inadvertantly left off my 2006 Financial Disclosure Report. It was initially bought on 12/20/06. The transactions listed on lines 1050-1052 occurred in 2007.

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M | 07/18/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544